**920-15**

CCA #   13-14-00308-CR

OFFENSE:   Burglary of a Building

STYLE:   Cipriano Gonzalez v. The State of Texas

COUNTY:   Nueces

TRIAL COURT:   214th District Court
TRIAL COURT #:   10CR2815-F
TRIAL COURT JUDGE:   Hon. Jose Longoria
DISPOSITION: Affirmed
DATE:   7/9/15
JUSTICE: Gregory T. Perkes    PC ___ S ___
PUBLISH: _____      DNP: 1

MOTION FOR REHEARING IS: N/A
   DATE:
   JUDGE: Gregory T. Perkes

CLK RECORD: 1
RPT RECORD: 1
STATE BR: 1
APP BR: 1

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

# IN THE COURT OF CRIMINAL APPEALS

CCA #   **920-15**

---

*APPELLANT'S* Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

*REFUSED*

DATE: 10/14/2015
JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

---

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____